## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JOAN SCHMAUDERER, | ) |
| | ) |
|       PLAINTIFF | ) |
| | ) |
| v. | )  CIVIL NO. 1:16-CV-554-DBH |
| | ) |
| TRUE NORTH SALMON US, INC., ET AL., | ) |
| | ) |
|       DEFENDANTS | ) |

### PROCEDURAL ORDER

There is a pending dispute in this maritime injury case as to whether I should allow the plaintiff to dismiss her complaint with or without prejudice, whether fees and costs should be assessed for the voluntary dismissal, or whether extension of discovery deadlines and trial date is a better solution. At the time the plaintiff filed her motion on February 22, 2017, she had learned that she needed further surgery with respect to her injury and her doctor's office could not predict when she would reach an end-point (months to a year) following the surgery. Pl.'s Reply at 2 (ECF No. 14). Now, the surgery has apparently taken place as of March 13, 2017. Id. I do not know whether the doctor's office is now better able to predict when an end-point will likely be reached, a piece of information that could affect my decision on whether dismissal or extension of deadlines is more appropriate. At this point, I **SUSPEND** all deadlines and allow the plaintiff's counsel until April 14, 2017, to provide the court whatever further information counsel can obtain on that question.

SO ORDERED.

DATED THIS 21ST DAY OF MARCH, 2017

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE