# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| JOAN SCHMAUDERER, | ) | |
| | ) | |
|         PLAINTIFF | ) | |
| | ) | |
| V. | ) | CIVIL NO. 1:16-CV-554-DBH |
| | ) | |
| TRUE NORTH SALMON US, INC., | ) | |
| ET AL., | ) | |
| | ) | |
|         DEFENDANTS | ) | |

## ORDER ON MOTIONS TO SEAL DOCUMENTS

Without objection, the plaintiff's Motion to Seal Status Report (ECF No. 20) is **GRANTED**. The unredacted Status Report and attachments (ECF Nos. 20-1, 2, 3 & 4), filed in response to the court's Procedural Order of March 21, 2017, shall be sealed indefinitely. These are medical records. This Order does not prevent the parties from using the information contained in the documents to present evidence at trial, nor will it serve to limit the parties' ability to use the information in the context of on-going discovery, should further discovery be permitted. The parties are free to enter into any further confidentiality agreement or seek orders to that effect as the evolving needs of the case may require.

Without objection, the plaintiff's Motion to Seal Document Pursuant to Local Rule 7A (ECF No. 22) is **GRANTED**. The plaintiff's improperly redacted Status Report (ECF No. 21) shall be sealed indefinitely.

    **SO ORDERED.**

    DATED THIS 7TH DAY OF APRIL, 2017

                                                  /S/ D. BROCK HORNBY
                                                  **D. BROCK HORNBY**
                                                  **UNITED STATES DISTRICT JUDGE**