# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOAN SCHMAUDERER, ) <br> ) <br> **PLAINTIFF** ) <br> ) <br> v. ) <br> ) <br> TRUE NORTH SALMON US, INC., ) <br> ET AL., ) <br> ) <br> **DEFENDANTS** ) | **CIVIL NO. 1:16-CV-554-DBH** |

## FURTHER PROCEDURAL ORDER

According to the plaintiff's Status Report, her doctor will not know until June 22, 2017, whether the plaintiff has reached a medical end-point and what, if any, will be lasting disabilities or lingering effects. At this time therefore, I continue to **SUSPEND** all deadlines in this case, require a further report by July 3, 2017, and **DEFER** ruling on the motion to dismiss until then.

**SO ORDERED.**

**DATED THIS 11TH DAY OF APRIL, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**