## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JOAN SCHMAUDERER, )<br>)<br>              PLAINTIFF )<br>)<br>v. )<br>)<br>TRUE NORTH SALMON US, INC., )<br>ET AL., )<br>)<br>              DEFENDANTS ) | CIVIL NO. 1:16-CV-554-DBH |

### FURTHER PROCEDURAL ORDER

I have reviewed the plaintiff's June 20, 2017, Status Report and the defendants' July 14 response. It appears that both the doctor and the therapist will be deposed later this month. Those depositions should shed light on whether this matter can proceed in the ordinary course. Counsel shall notify the court by July 31, 2017, of their respective positions. (The submissions need not be lengthy.)

SO ORDERED.

DATED THIS 17TH DAY OF JULY, 2017

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**