# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **JOAN SCHMAUDERER,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 1:16-CV-554-DBH** |
| | ) | |
| **TRUE NORTH SALMON US, INC.,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## ORDER ON PLAINTIFF'S MOTION TO DISMISS
## AND AMENDED SCHEDULING ORDER

After reviewing the parties' most recent submissions and taking into account the date of injury, the date of surgery, the projected date of further medical examinations and recovery, I now make the following rulings:

1.  The plaintiff's motion to dismiss without prejudice and without costs is **DENIED**.

2.  The Court's Scheduling Order is **AMENDED** as follows:

    a.  Deadline to Complete Discovery: October 31, 2017;

    b.  Deadline to file Notice of Intent to file Motion for Summary Judgment and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h): November 7, 2017;

    c.  Deadline for Filing of All Dispositive Motions and All *Daubert* and *Kumho* Motions Challenging Expert Witnesses with Supporting Memoranda: November 21, 2017;

    d.  Expected Trial Date: January 2018.

e. Further Matters in Aid of Disposition: The plaintiff shall make a written settlement demand upon the defendants by October 17, 2017. The defendants shall respond in writing by October 31, 2017.

**SO ORDERED.**

**DATED THIS 1ST DAY OF AUGUST, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**